802

BARBARA HEIDIG et al., Respondents, v. MORGAN H. SEACORD, Respondent, and CITY OF NEW ROCHELLE, Appellant.—

No opinion.
Present — Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ.

In the Matter of ALBERT H. FIEDLER, Appellant. HELEN M. FIEDLER, Respondent.—

No opinion. The court strikes from the record the brief submitted on behalf of the Children's Court of the County of Suffolk, the judge thereof, the Suffolk County Department of Probation and the director thereof. They are neither necessary nor proper parties. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.

In the Matter of WILLIAM McEWAN, Respondent, against CITY OF NEW YORK, Appellant.—

The petitioner failed to give any explanation for the delay in applying to the court after consultation with his attorney. (Matter of De Crescenzo v. City of New York, 274 App. Div. 889; Matter of Blank v. City of New York, 273 App. Div. 812.) Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.